IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01353-AP

**JOHN C. FORD,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN

1. **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    Jan A. Larsen
    155 Boardwalk Drive, Suite 400
    Fort Collins, CO 80525
    Jalarsen8@gmail.com
    (970) 206-4633
    (970) 377-1957 (facsimile)

    For Defendant:

    Thomas H. Kraus
    Special Assistant United States Attorney
    Assistant Regional Counsel
    Office of the General Counsel
    Social Security Administration
    1001 Seventeenth Street
    Denver, CO 80202
    Tom.krause@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint was Filed:** June 11, 2010

   B. **Date Complaint was Served on U.S. Attorney's Office:** August 9, 2010

   C. **Date Answer and Administrative Record were Filed:** Answer filed October 7, 2010 and Administrative Record filed October 7, 2010

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

None.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None.

7. **OTHER MATTERS**

None.

8. **PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

   A. **Plaintiff's Opening Brief Due:** December 27, 2010

   B. **Defendant's Response Brief Due:** February 21, 2011

   C. **Plaintiff's Reply Brief (If Any) Due:** March 8, 2011

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff requests oral argument. Oral argument is necessary to provide the court with full opportunity to know the parties' respective positions.

    B.    **Defendant's Statement:** Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of **good cause**.*

DATED this 22 day of November, 2010.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE

3

APPROVED:

UNITED STATES ATTORNEY

s/ Jan A. Larsen
Jan A. Larsen
155 East Boardwalk Drive, Suite 400
Fort Collins, Colorado 80525
Telephone: (970) 206-4633
jalarsen8@gmail.com

Attorney for plaintiff

s/ Thomas H. Kraus
By:  Thomas H. Kraus
Special Assistant U.S. Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Tom.kraus@ssa.gov

Attorney for Defendant